AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of                                                                        **UNDER SEAL**
(Name, address or brief description of person, property, or premises to be searched)

**1329 4th Street, NE**
**Washington, D.C. 20002**                        **APPLICATION AND AFFIDAVIT**
                                                                        **FOR SEARCH WARRANT**
                                                                        CASE NUMBER:

(Further described below)

I _____Lavinia A. Quigley_____ being duly sworn depose and say:

I am a(n) Detective with the Metropolitan Police Department    and have reason to believe
                    (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

1329 4th Street, N.E., Washington, D.C. 20002, including any locked or padlocked rooms within. (as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched) (as further described in "Attachment B")

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure) evidence and instrumentalities.

concerning a violation of Title  18  United States Code, Section(s) § 371 and 18 United States Code, Section(s) § 2320
The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.        ☒ YES    ☐ NO

John Carlin
Fraud and Public Corruption                                            Signature of Affiant
(202) 353-2457                                                                Lavinia A. Quigley, Detective
                                                                                    Metropolitan Police Department
Sworn to before me, and subscribed in my presence

                                                                                    at Washington, D.C.
_____
Date

_____        _____
Name and Title of Judicial Officer                    Signature of Judicial Officer