AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**1329 4th Street, NE**
**Washington, D.C. 20002**

UNDER SEAL

**SEARCH WARRANT**

FILED
NOV 1 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 05-0589M-01

TO: __Lavinia A. Quigley__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Detective with the Metropolitan Police Department__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

1329 4th Street, NE, Washington, D.C. 20002, including any locked or padlocked rooms within, (as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property) (as further described in "Attachment B")

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __14 NOV 2005__
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

NOV 08 2005
Date and Time Issued    ALAN KAY
U.S. MAGISTRATE JUDGE

at Washington, D.C.

Name and Title of Judicial Officer    Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/8/2005 | 11/10/2005  10:20 AM | NO ONE PRESENT LEFT ON PREMISES |

**INVENTORY MADE IN THE PRESENCE OF**
SA. ANGELA SERCER, SA JOHN NAGASHIMA

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

SEE ATTACHED LIST



FILED
NOV 1 5
NANCY MAYER ...
U.S. ...

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]* Alan Kay
U.S. Judge or U.S. Magistrate Judge

11-15-05
Date

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION

*** Evidence Recovery Log ***

**295C-WF-225310-T40**

**DATE RECOVERED:** Thursday, November 10, 2005, by Team # 2

**(SITE) LOCATION** ( 1 )  Wazir Marble & General Merchandise
1329 4th Street, NE
Washington, DC

**PERSONNEL:**

ANH PHAM (AP)

ALLEE RAMADHAM (AR)

ANGELA SERCER (AS)

CASEY FARRELL (CF)

DAVID EVON (DE)

DERYL JOHNSON (DJ)

DAVID SPIES (DS)

DALE SUTHERLAND (DS0)

EARL DELAUDER (ED)

ED DOYLE (ED0)

JOHN NAGASHIMA (JN)

MARSHA CECIL (MC)

MIKE FORRESTER (MF)

MARY TURNER (MT)

RUSSELL DEMPSEY (RD)

ROBERT POOLE (RP)

STEVE SOLI (SS)

TIM NOCK (TN)

| ITEM# | DESCRIPTION | WHERE FOUND | RECV. BY | PHOTO | D/I | PACKAGING METHOD | MISCELLANEOUS COMMENTS | LOGGED BY |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 |  |  | AS |
| 1 | Box 1: 27 GUCCI PURSES | ROOM A, CENTER AISLE | CF |  | 1 | Box |  | AS |
| 2 | 28 GUCCI BAGS | ROOM A, CENTER AISLE | MF |  | 1 | Box |  | AS |
| 3 | 20 GUCCI PURSES | ROOM A, CENTER AISLE | RD |  | 1 | Box |  | AS |

| ITEM# | DESCRIPTION | WHERE FOUND | RECV. BY | PHOTO | D/I | PACKAGING METHOD | MISCELLANEOUS COMMENTS | LOGGED BY |
|---|---|---|---|---|---|---|---|---|
| 4 | BOX OF 31 GUCCI PURSES | ROOM A, CENTER AISLE | RD | | I | Box | | AS |
| 5 | BOX OF 26 GUCCI PURSES | ROOM A, CENTER AISLE | RD | | I | Box | | AS |
| 6 | 38 GUCCI PURSES | ROOM A, WALL 3 | AP | | I | Box | | AS |
| 7 | 13 CHANEL PURSES | ROOM A, CENTER AISLE | SS | | I | Box | | AS |
| 8 | 6 NORTH FACE JACKETS | ROOM A, CENTER AISLE | RD | | I | Box | | AS |
| 9 | 16 PRADA PURSES | ROOM A, CENTER AISLE | RD | | I | Box | | AS |
| 10 | 9 PIECES, NORTH FACE COATS | ROOM A, WALL 1 | SS | | I | Box | | AS |
| 11 | 9 NORTH FACE JACKETS | ROOM A, WALL 1 | SS | | I | Box | | AS |
| 12 | 6 NORTH FACE JACKETS | ROOM A, WALL 1 | SS | | I | Box | | AS |
| 13 | 10 DIOR HANDBAGS | ROOM A, CENTER AISLE | SS | | I | Box | | AS |
| 14 | 29 CHANEL PURSES | ROOMA, CENTER AISLE | SS | | I | Box | | AS |
| 15 | 8 NORTH FACE JACKETS | ROOM A, CENTER AISLE | DS | | I | Box | | AS |
| 16 | 25 PRADA PURSES | ROOM A, CENTER AISLE | RD | | I | Box | | AS |
| 17 | 30 COACH PURSES | ROOM A, CENTER AISLE | SS | | I | Box | | AS |
| 18 | 31 GUCCI HANDBAGS | ROOM A, CENTER AISLE | TN | | I | Box | | AS |
| 19 | 6 NORTH FACE PARKAS | ROOM A, CENTER AISLE | RD | | I | Box | | AS |
| 20 | 6 NORTH FACE JACKETS | ROOM A, CENTER AISLE | RD | | I | Box | | AS |
| 21 | 10 NORTH FACE JACKETS | ROOM A, CENTER AISLE | RD | | I | Box | | AS |
| 22 | 8 DOONEY AND BOURKE PURSES | ROOM A, CENTER AISLE | RD | | I | Box | | AS |
| 23 | 4 KATE SPADE PURSES | ROOM A, CENTER AISLE | RD | | I | Box | | AS |
| 24 | 6 COACH PURSES | WALL A, CENTER AISLE | SS | | I | Box | | AS |

| ITEM# | DESCRIPTION | WHERE FOUND | RECV. BY | PHOTO | D/I | PACKAGING METHOD | MISCELLANEOUS COMMENTS | LOGGED BY |
|---|---|---|---|---|---|---|---|---|
| 25 | 6 COACH PURSES | ROOM A, CENTER AISLE | SS | | 1 | Box | | AS |
| 26 | 30 GUCCI PURSES | ROOM A, CENTER AISLE | RD | | 1 | Box | | AS |
| 27 | 12 PRADA PURSES | ROOM A, CENTER WALL | RD | | 1 | Box | | AS |
| 28 | 14 CHANEL PURSES | ROOM A, CENTER AISLE | RD | | 1 | Box | | AS |
| 29 | 15 PRADA PURSES | ROOM A, CENTER AISLE | RD | | 1 | Box | | AS |
| 30 | 26 GUCCI PURSES | ROOM A, WALL 3 | SS | | 1 | Box | | AS |
| 31 | 10 PRADA PURSES | ROOM A, CENTER AISLE | DE | | 1 | Box | | AS |
| 32 | 16 CHANEL PURSES | ROOM B, WALL 2 | DJ | | 1 | Box | | AS |
| 33 | 15 COACH PURSES | WALL 4, ROOM A | AS | | 1 | Box | | AS |
| 34 | 20 PRADA PURSES | ROOM A, WALL 3 | DS | | 1 | Box | | AS |
| 35 | 2 NORTH FACE JACKETS | ROOM A, WALL 4 | MT | | 1 | Box | | AS |
| 36 | 15 DOONEY AND BOURKE PURSES | ROOM A, WALL 4 | AS | | 1 | Box | | AS |
| 37 | 15 COACH PURSES | ROOM A, WALL 1 | MT | | 1 | Box | | AS |
| 38 | 10 GUCCI PURSES | ROOM A, WALL 1 | TN | | 1 | Box | | AS |
| 39 | 7 COACH PURSES | ROOM A, WALL 1 | TN | | 1 | Box | | AS |
| 40 | 180 WASHINGTON NATIONAL BALL CAPS | ROOM A, WALL 3 | SS | | 1 | Box | | AS |
| 41 | 20 COACH PURSES | ROOM A, WALL 4 | AS | | 1 | Box | | AS |
| 42 | 6 PRADA PURSES | ROOM A, WALL 1 | TN | | 1 | Box | | AS |
| 43 | 84 WASHINGTON NATIONALS HATS | ROOM A, WALL 3 | RD | | 1 | Box | | AS |
| 44 | 2 NORTH FACE PARKAS | ROOM A, WALL 4 | MT | | 1 | Box | | AS |
| 45 | 85 WASHINGTON NATIONALS BALLCAPS | ROOM A, WALL 3 | RD | | 1 | Box | | AS |

| ITEM# | DESCRIPTION | WHERE FOUND | RECV. BY | PHOTO | D/I | PACKAGING METHOD | MISCELLANEOUS COMMENTS | LOGGED BY |
|---|---|---|---|---|---|---|---|---|
| 46 | 15 COACH PURSES | ROOM A, CENTER AISLE | SS | | 1 | Box | | AS |
| 47 | 15 CHANEL PURSES | ROOM A, WALL 4 | AS | | 1 | Box | | AS |
| 48 | 180 WASHINGTON NATIONALS BALLCAPS | ROOM A, WALL 3 | SS | | 1 | Box | | AS |
| 49 | 10 LOUIS VUITTON | ROOM A, WALL 3 | DS | | 1 | Box | | AS |
| 50 | 10 LOUIS VUITTON PURSES | ROOM A, WALL 3 | SS | | 1 | Box | | AS |
| 51 | 9 DOONEY AND BOURKE PURSES | ROOM A, WALL 1 | TN | | 1 | Box | | AS |
| 52 | 20 LOUIS VUITTON PURSES | ROOM A, CENTER AISLE | DS | | 1 | Box | | AS |
| 53 | 30 LOUIS VUITTON PURSES | ROOM A, WALL 3 | SS | | 1 | Box | | AS |
| 54 | 22 LOUIS VUITTON PURSES | ROOM A, WALL 3 | SS | | 1 | Box | | AS |
| 55 | 96 WASHINGTON NATIONALS HATS | ROOM A, WALL 3 | RD | | 1 | Box | | AS |
| 56 | 96 WASHINGTON NATIONAL HATS | ROOM A, WALL 3 | RD | | 1 | Box | | AS |
| 57 | 10 LOUIS VUITTON PURSES | ROOM A, WALL 3 | DE | | 1 | Box | | AS |
| 58 | 9 LOUIS VUITTON PURSES | ROOM A, WALL 3 | SS | | 1 | Box | | AS |
| 59 | 12 GUCCI PURSES | ROOM A, WALL 3 | SS | | 1 | Box | | AS |
| 60 | 16 LOUIS VUITTON PURSES | ROOM A, WALL 3 | SS | | 1 | Box | | AS |
| 61 | 23 GUCCI PURSES | ROOM A, WALL 1 | TN | | 1 | Box | | AS |
| 62 | 15 LOUIS VUITTON PURSES | ROOM A, WALL 3 | SS | | 1 | Box | | AS |
| 63 | 50 LOUIS VUITTON PURSES | ROOM A, WALL 3 | SS | | 1 | Box | | AS |
| 64 | 8 LOUIS VUITTON PURSES | ROOM A, WALL 3 | TN | | 1 | Box | | AS |
| 65 | 150 WASHINGTON NATIONALS BASEBALL CAPS | ROOM A, WALL 3 | MF | | 1 | Box | | AS |
| 66 | 180 WASHINGTON NATIONALS CAPS | ROOM A, WALL 3 | MF | | 1 | Box | | AS |

| ITEM# | DESCRIPTION | WHERE FOUND | RECV. BY | PHOTO | D/I | PACKAGING METHOD | MISCELLANEOUS COMMENTS | LOGGED BY |
|---|---|---|---|---|---|---|---|---|
| 67 | 8 GUCCI PURSES | ROOM A, WALL 1 | TN | | 1 | Box | | AS |
| 68 | 89 WASHINGTON NATIONALS HATS | ROOM A, WALL 3 | SS | | 1 | Box | | AS |
| 69 | 25 PRADA PURSES | ROOM A, WALL 1 | MT | | 1 | Box | | AS |
| 70 | 79 WASHINGTON CAPITALS CAPS | ROOM A, WALL 3 | MF | | 1 | Box | | AS |
| 71 | 16 COACH PURSES | ROOM A, WALL 3 | DS | | 1 | Box | | AS |
| 72 | 33 LOUIS VUITTON PURSES | ROOM A, WALL 3 | DS | | 1 | Box | | AS |
| 73 | 8 PRADA PURSES | ROOM A, WALL 3 | DS | | 1 | Box | | AS |
| 74 | 1 KATE SPADE, 3 COACH, 1 DOONEY AND BOURKE, AND 1 CLAIBORNE - PURSES | ROOM A, CENTER AISLE | DS | | 1 | Box | | AS |
| 75 | 25 WASHINGTON NATIONAL SHIRTS | ROOM A, CENTER AISLE | DS | | 1 | Box | | AS |
| 76 | GUCCI BAGS (30) | ROOM B, WALL 3 | AR | | 1 | Box | | AS |
| 77 | COACH BAGS (16) | ROOM B, WALL 4 | AR | | 1 | Box | | AS |
| 78 | COACH PURSES (24) | ROOM B, WALL 4 | AR | | 1 | Box | | AS |
| 79 | DIOR BAGS (10) | ROOM B, WALL 2 | AR | | 1 | Box | | AS |
| 80 | NORTHFACE JACKETS (12) | ROOM B, WALL 3 | AR | | 1 | Box | | AS |
| 81 | NORTHFACE JACKETS (12) | ROOM B, WALL 2 | AR | | 1 | Box | | AS |
| 82 | COACH BAGS (40) | ROOM B, WALL 2 | AR | | 1 | Box | | AS |
| 83 | GUCCI PURSES (37) | ROOM B, WALL 3 | AR | | 1 | Box | | AS |
| 84 | GUCCI BAGS (23) | ROOM B, WALL 2 | AR | | 1 | Box | | AS |
| 85 | GUCCI BAGS (26) | ROOM B, WALL 2 | ED | | 1 | Box | | AS |
| 86 | GUCCI BAGS (25) | ROOM B, WALL 2 | AR | | 1 | Box | | AS |
| 87 | CHANEL BAGS (20) | ROOM B, WALL 2 | AR | | 1 | Box | | AS |

| ITEM# | DESCRIPTION | WHERE FOUND | RECV. BY | PHOTO | D/I | PACKAGING METHOD | MISCELLANEOUS COMMENTS | LOGGED BY |
|---|---|---|---|---|---|---|---|---|
| 88 | CHANEL BAGS (19) | ROOM B, WALL 2 | ED | | 1 | Box | | AS |
| 89 | CHANEL BAGS (18) | ROOM B, WALL 2 | ED | | 1 | Box | | AS |
| 90 | COACH BAGS (16) | ROOM B, WALL 4 | ED | | 1 | Box | | AS |
| 91 | GUCCI BAGS (25) | ROOM B, WALL 3 | ED | | 1 | Box | | AS |
| 92 | CHANEL BAGS (21) | ROOM B, WALL 2 | ED | | 1 | Box | | AS |
| 93 | 14 COACH BAGS | ROOM A, WALL 3 | JN | | 1 | Box | | AS |
| 94 | 40 COACH BAGS | ROOM A, WALL 3 | CF | | 1 | Box | | AS |
| 95 | 12 COACH PURSES | ROOM A, WALL 3 | JN | | 1 | Box | | AS |
| 96 | 14 CHANEL PURSES | ROOM A, WALL 3 | DS | | 1 | Box | | AS |
| 97 | 216 WASHINGTON NATIONALS CAPS | ROOM A, WALL 3 | MF | | 1 | Box | | AS |
| 98 | SCARVES: 12 PRADA, 24 BURBERRY, 14 FENDI, 41 COACH, 43 CHANEL, 9 NORTH FACE CAPS | ROOM A, WALL 3 | JN | | 1 | Box | | AS |
| 99 | 22 CHANEL PURSES | ROOM A, WALL 3 | CF | | 1 | Box | | AS |
| 100 | 130 WASHINGTON NATIONALS BASEBALL CAPS | ROOM A, WALL 3 | RD | | 1 | Box | | AS |
| 101 | 38 FENDI BAGS | ROOM A, WALL 3 | CF | | 1 | Box | | AS |
| 102 | 52 COACH PURSES | ROOM A, WALL 1 | CF | | 1 | Box | | AS |
| 103 | 20 DOONEY AND BOURKE PURSES | ROOM A, WALL 3 | CF | | 1 | Box | | AS |
| 104 | 58 GUCCI PURSES | ROOM A, WALL 3 | CF | | 1 | Box | | AS |
| 105 | 43 COACH PURSES | ROOM A, CENTER AISLE | MT | | 1 | Box | | AS |
| 106 | 12 BURBERRY SWEATS | ROOM A, WALL 1 | DS | | 1 | Box | | AS |

| ITEM# | DESCRIPTION | WHERE FOUND | RECV. BY | PHOTO | D/I | PACKAGING METHOD | MISCELLANEOUS COMMENTS | LOGGED BY |
|---|---|---|---|---|---|---|---|---|
| 107 | 3 PRADA BAGS, 24 COACH BAGS, 6 GUCCI BAGS, 4 COACH HATS | ROOM A, WALL 3 | DE | | 1 | Box | | AS |
| 108 | 45 WASHINGTON NATIONALS CAPS, 55 IZOD CAPS, 15 NEW YORK YANKEE CAPS, 10 WIZARD CAPS, 10 LA DODGER CAPS. | ROOM A, WALL 3 | DE | | 1 | Box | | AS |
| 109 | 5 GUCCI SHOES, 3 NIKE SHOES, 3 BURBERRY SHOES, 2 FRANKLIN SHOES. | ROOM A, WALL 1 | MF | | 1 | Box | | AS |
| 110 | 240 WASHINGTON NATIONALS CAPS | ROOM A, WALL 3 | DE | | 1 | Box | | AS |
| 111 | 50 LACOSTE SHIRTS | ROOM A, CENTER AISLE | DS | | 1 | Box | | AS |
| 112 | 35 DOONEY AND BOURKE HANDBAGS | ROOM A, WALL 3 | DE | | 1 | Box | | AS |
| 113 | 26 CHANEL PURSES, 18 CHANEL SCARVES. | ROOM A, WALL 3 | RP | | 1 | Box | | AS |
| 114 | 30 FENDI PURSES, 7 FENDI WALLETS, 32 COACH HATS, 35 FENDI HATS | ROOM A, WALL 3 | MF | | 1 | Box | | AS |
| 115 | PURSES: 2 LOUIS VUITTON, 10 GUCCI, 6 PRADA, 1 COACH, 1 CHANEL. | ROOM A, CENTER AISLE | TN | | 1 | Box | | AS |
| 116 | 46 GUCCI PURSES | ROOM A, WALL 3 | TN | | 1 | Box | | AS |
| 117 | 8 PAIRS COACH SHOES | ROOM A, WALL 1 | TN | | 1 | Box | | AS |
| 118 | 33 ROCAWEAR JEANS | ROOM A, WALL 1 | TN | | 1 | Box | | AS |
| 119 | 3 NORTH FACE COATS | ROOM A, CENTER AISLE | TN | | 1 | Box | | AS |
| 120 | 15 COACH WALLETS AND 23 COACH PURSES | ROOM A, WALL 3 | CF | | 1 | Box | | AS |
| 121 | 5 NEW YORK YANKEE SHIRTS, 1 FUBU SHIRT, 27 IZOD SHIRTS, 8 POLO SHIRTS, 2 PERRY ELLIS SHIRTS, 9 WASHINGTON NATIONAL SHIRTS, 2 GUCCI SWEATPANTS, 13 IZOD SHORTS. | ROOM A, WALL 1 | TN | | 1 | Box | | AS |


| ITEM# | DESCRIPTION | WHERE FOUND | RECV. BY | PHOTO | D/I | PACKAGING METHOD | MISCELLANEOUS COMMENTS | LOGGED BY |
|---|---|---|---|---|---|---|---|---|
| 122 | 29 LA DODGERS HATS, 78 WASHINGTON NATIONALS HATS, 32 GITRDONE HATS, 10 BALTIMORE ORIOLE HATS, 23 IZOD HATS, 34 COACH HATS. | ROOM A, WALL 3 | DS | | 1 | Box | | AS |
| 123 | COACH: 31 PURSES, 12 SCARVES, 42 WALLETS, 1 HAT | ROOM A, WALL 3 | RD | | 1 | Box | | AS |
| 124 | 15 FENDI BAGS, 3 GUCCI BAGS, 2 COACH BAGS, 10 DOONEY AND BOURKE BAGS, 2 DIOR BAGS, 2 POLO SHIRTS, 4 GUCCI BAGS, 1 PRADA BAG, 1 LOUIS VUITTON BAG, 9 PRADA WALLETS, 1 BURBERRY BAG, 1 FENDI HAT, 2 CHANEL BAGS. | ROOM A, WALL 3 | CF | | 1 | Box | | AS |
| 125 | 37 COACH HATS, 20 IZOD HATS, 60 WASHINGTON NATIONALS HATS, 20 IZOD HATS. | ROOM D, WALL 1 | RD | | 1 | Box | | AS |
| 126 | 10 GUCCI PURSES | ROOM D, WALL 1 | TN | | 1 | Box | | AS |
| 127 | 31 LOUIS VUITTON PURSES | RROM D, WALL 1 | TN | | 1 | Box | | AS |
| 128 | 61 WASHINGTON NATIONAL HATS, 9 NEW YORK YANKEE HATS. | ROOM D, WALL 1 | DS | | 1 | Box | | AS |
| 129 | 21 GUCCI PURSES | ROOM D, WALL 1 | TN | | 1 | Box | | AS |
| 130 | 45 GUCCI WALLETS | ROOM D | MF | | 1 | Box | | AS |
| 131 | 32 GUCCI WALLETS | ROOM D | MF | | 1 | Box | | AS |
| 132 | 79 GUCCI WALLETS | ROOM D | TN | | 1 | Box | | AS |
| 133 | BILLS, FEDEX SHIPPING LABELS, PNC BANK SLIPS AND FINANCIAL DOCUMENTS | ROOM A | DE | | 1 | Box | | AS |
| 134 | CPU DELL OPTIPLEX, GX1, #R1002778 | ROOM A, FRONT COUNTER | DE | | 1 | STICKER | | AS |
| 135 | MISC DOCUMENTS WHICH INCLUDE INVOICES AND MERCHANDISE ORDER INFORMATION. | ROOM A, FRONT COUNTER ON RIGHT FACING 4TH STREET | DE | | 1 | ENVELOPE | | AS |
| 136 | MISC RECEIPTS AND PHONE NUMBERS, PACKAGED IN ORIGINAL CONDITION. | ROOM A, COUNTER, JAMMED IN SLOTS AROUND COMPUTER | DE | | 1 | ENVELOPE | | AS |

| ITEM# | DESCRIPTION | WHERE FOUND | REC'V. BY | PHOTO | D/I | PACKAGING METHOD | MISCELLANEOUS COMMENTS | LOGGED BY |
|---|---|---|---|---|---|---|---|---|
| 137 | 23 GUCCI WALLETS, 12 DOONEY AND BOURKE WALLETS, 1 CHANEL WALLET, 3 PRADA WALLETS, 18 LOUIS VUITTON WALLETS, 3 DIOR WALLETS, 3 KATE SPADE WALLETS, 10 COACH WALLETS, 2 FENDI BAGS, 1 DIOR BAG, 1 COACH BAG, 1 DOONEY AND BOURKE BAG, 1 CHANEL BAG. | ROOM A, WALL 3 | MF | 1 | | Box | | AS |
| 138 | OMNI 3200 VERIFONE, S/N 700-078-982. | ROOM A, BEHIND FRONT COUNTER ON RIGHT FACING 4TH STREET | DE | 1 | | STICKER | | AS |
| 139 | BUSINESS LEDGER, BUSINESS CARDS, RECEIPTS, BANK STATEMENTS, PHOTOGRAPHS, CHECKS | ROOM A, WALL 3 | EDO | 1 | | Box | | AS |
| 140 | 14 GUCCI PURSES, 19 CHANEL PURSES, 8 COACH PURSES, 1 FENDI PURSE, 1 DIOR PURSE, 1 LACOSTE SHIRT. | ROOM A, WALL 3 | DS | 1 | | Box | | AS |
| 141 | 2 CHANEL PURSE, 2 COACH PURSES, 11 LOUIS VUITTON PURSES, 1 COACH WALLET, 15 LOUIS VUITTON WALLETS, 49 GUCCI WALLETS. | ROOM D | DS | 1 | | Box | | AS |
| 142 | BUSINESS DOCUMENTS, USED RECEIPT BOOKS, BUSINESS INVOICES AND BILLS. | ROOM A, WALL 3, BEHIND COUNTER | DE | 1 | | Box | | AS |
| 143 | PRADA (24) | ROOM B, WALL 4 | AR | 1 | | Box | | AS |
| 144 | GUCCI BAGS (30) | ROOM B, WALL 2 | ED | 1 | | Box | | AS |
| 145 | NORTH FACE COATS (3) | ROOM B, WALL 3 | DSO | 1 | | Box | | AS |
| 146 | GUCCI (34) | ROOM B, WALL 2 | DS | 1 | | Box | | AS |
| 147 | GUCCI BAGS (27) | ROOM B, WALL 2 | AR | 1 | | Box | | AS |
| 148 | DOONEY AND BOURKE (36) | ROOM B, WALL 4 | ED | 1 | | Box | | AS |
| 149 | CHANEL BAGS (34) | ROOM B, WALL 2 | ED | 1 | | Box | | AS |
| 150 | GUCCI BAGS (28) | ROOM B, WALL 2 | ED | 1 | | Box | | AS |
| 151 | GUCCI BAGS (27) | ROOM B, WALL 3 | ED | 1 | | Box | | AS |

| ITEM# | DESCRIPTION | WHERE FOUND | RECV. BY | PHOTO D/I | PACKAGING METHOD | MISCELLANEOUS COMMENTS | LOGGED BY |
|---|---|---|---|---|---|---|---|
| 152 | PRADA BAGS (20) | ROOM B, WALL 4 | AR | 1 | Box | | AS |
| 153 | GUCCI BAGS (34) | ROOM B, WALL 2 | ED | 1 | Box | | AS |
| 154 | CHANEL (12) | ROOM B, WALL 3 | DSO | 1 | Box | | AS |
| 155 | NORTH FACE JACKETS (12) | ROOM B | DSO | 1 | Box | | AS |
| 156 | COACH (18) | ROOM B, WALL 3 | AR | 1 | Box | | AS |
| 157 | CHRISTIAN DIOR PURSES (23) | ROOM B | AR | 1 | Box | | AS |
| 158 | 7 GUCCI PURSES, 1 GUCCI SWEAT PANT, 14 GUCCI WALLETS, 7 PRADA WALLETS, 6 CHANEL PURSES, 1 LOUIS VUITTON WALLET, 4 CHANEL WALLETS, 2 FENDI WALLETS. | ROOM A, WALL 3, FRONT COUNTER | MF | 1 | Box | | AS |
| 159 | BUSINESS RECORDS AND PRICE SHEETS | ROOM A, WALL 3 | JN | 1 | Paper Bag | | AS |
| 160 | 2 NORTH FACE COATS, 1 NORTH FACE HAT, 1 GUCCI WALLET, 1 D&B PURSE, 1 GUCCI BAG, 1 COACH BAG, 1 COACH MAKEUP, 7 COACH WALLETS. | ROOM A, WALL 3 | MF | 1 | Box | | AS |
| 161 | 10 COACH SHOES, 1 GUCCI SHOE, 61 KATE SPADE PURSE, 5 FENDI WALLETS, 1 NATIONALS TSHIRT. | ROOM A, WALL 3 | MF | 1 | Box | | AS |
| 162 | 5 LOUIS VUITTON WALLETS, 1 COACH WALLET, 1 KATE SPADE WALLET, 1 FENDI SCARF, 2 CHANEL SCARVES, 2 COACH SCARF, 1 BAG OF DESIGNER LABELS, 1 CHANEL PURSE, 1 GUCCI PURSE, 6 ROLEX WATCHES, 39 NORTH FACE HATS, 2 GUCCI BELTS, 1 COACH HAT, 6 PAIR CHANEL SANDALS, 1 D&B PURSE, 2 COACH WATCHES. | ROOM A, WALL 3 | MT | 1 | Box | | AS |

(END OF REPORT)